UNIVERSITY OF ILLINOIS, NO. 599—

*Opinion submitted March 14, 1934.*

BY THE COURT.

Under the facts submitted, it appears that the claimant was engaged in doing general farm work for the Agricultural Experimental Station of the University, and under Subsection 8 of Section 3 of the Workmen's Compensation Act, no award could be justified. See suggestions under claim of S. E. Bunting No. 611. An award is not recommended.